**MINUTE ENTRY**
**FALLON, J.**
**JUNE 17, 2020**

### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **MILES MORAN, ET AL** | **CIVIL ACTION** |
| **VERSUS** | **NO. 19-13553** |
| **KEVA LANDRUM-JOHNSON, ET AL** | **CONSOL. W/** |
| | **20-1275** |
| | **SECTION "L" (5)** |

A telephone early status conference was held on this date in the Chambers of the Honorable Eldon E. Fallon. Eric Foley participated on behalf of Plaintiffs Miles Moran and Gerard Taylor. Mindy Duffourc and Dennis Phayer participated on behalf of Defendants. The parties discussed the effect of a recent legislative change on the status of the case. Plaintiffs represented that they anticipated dismissing the claims affected by this change without prejudice. Defendants represented that they would seek dismissal with prejudice. The parties were instructed to work together to resolve the matter with respect to Count II.

JS10(00:07)