Exhibit A

```
   Case: 548651         D O C K E T   M A S T E R      Date: 06/17/2020
Section: D                                             Time:   10:18:04
   Class: 2
                    ORLEANS PARISH CRIMINAL DISTRICT COURT

================================================================================
DF# DEFENDANT(S):       CNTS CHARGE(S):
================================================================================

  1 CLOUD, ERNEST I
                          1  RS 14  108.1           BOND:      1,000.00
                             AGG FLIGHT FROM AN OFFICER
                          1  RS 14   69.1           BOND:     10,000.00
                             ILL POSS OF A STOLEN FIREARM

================================================================================
   DATE    PROCEEDINGS
================================================================================

04/23/2020                                                         SCOTTD
         FILED BILL OF INFORMATION
         NO CAPIAS ISSUED
         BOND SET (NONE)
         MAGISTRATE PAPERWORK FILED(M-583865 DOB:10/14/94 F#2497266)
         ******************************************************************
         ******************************************************************
         ALLOTTED. ARRAIGNMENT SET FOR 6/3/20.  PDOJL
05/26/2020                                                        MARULLOF
         >DEFENDANT, ERNEST I CLOUD DID NOT APPEAR FOR UNSCHEDULED
         ACTIVITY >THE DEFENDANT IS IN THE CUSTODY OF THE SHERIFF ON
         THIS DATE. >ARRAIGNMENT SET FOR 06/03/20 >PDOJL
06/03/2020                                                        MARULLOF
         >THE DEFENDANT, ERNEST I CLOUD APPEARED FOR ARRAIGNMENT.
         ARRAIGNMENT VIA ZOOM. >COURT APPOINTED WALKER RICK , OPD. >BILL
         OF INFORMATION READ. >DEFENDANT ENTERED PLEA OF NOT GUILTY.
         >DEFENDANT INFORMED OF RIGHT TO TRIAL BY JUDGE OR JURY.
         >PRE-TRIAL CONFERENCE SET FOR 07/29/20 >NOTIFY DEF.COUNSEL.
         >PDOJL
================================================================================
                              END OF DOCKET MASTER
================================================================================
```

Disclaimer:
The Orleans Parish Sheriff's Office provides computer services to both the Orleans Parish Clerk of Criminal District Court and the Orleans Parish Criminal District Court. The Orleans Parish Sheriff's Office DOES NOT maintain or ensure the information provided is complete and accurate, and this information can change quickly. Therefore, the information on this site may not reflect the true charges, status, next court date, or other information regarding a case. The information is provided as a request under the Freedom of Information Act, and the Public Records Act. Nothing contained herein is intended to imply or infer the guilt or wrongdoing of any person(s) listed on this site. This information shall not be considered, or used as, a public document, or official document, and no other publication or copying of this information is allowed without the express written consent of the person(s), and the Orleans Parish Criminal District Court.

For questions, comments, and other information you may contact the Orleans Parish Clerk of Criminal District Court, Records Division at (504) 658-9000. This information is made available to the public and law enforcement in the interest of public safety. Any unauthorized use of this information is forbidden and subject to criminal prosecution.