# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **MILES MORAN, ET AL** | **CIVIL ACTION** |
| **VERSUS** | **NO. 19-13553**<br>**c/w 20-1275** |
| versus | **SECTION "L" (5)** |
| **KEVA LANDRUM-JOHNSON, ET AL** | |

# ORDER

**IT IS HEREBY ORDERED, ADJUDGED, and DECREED** that the Defendants' FRCP 12(b)(1) Motion to Dismiss is GRANTED. Plaintiffs' Class Action Complaint is dismissed with prejudice for lack of subject matter jurisdiction because the plaintiffs, Larry Matthews and Ernest Cloud, lack standing.

New Orleans, LA, this _____ day of _____, 2020.

_____
UNITED STATES DISTRICT JUDGE

{01083438 - v1}