# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **MILES MORAN, ET AL** | **CIVIL ACTION** |
| **VERSUS** | **NO. 19-13553**<br>**c/w 20-1275** |
| versus | |
| **KEVA LANDRUM-JOHNSON, ET AL** | **SECTION "L" (5)** |

## NOTICE OF SUBMISSION

Please take notice that the Motion to Dismiss filed pursuant to Federal Rule of Civil Procedure 12(b)(1) by Defendants, Keva Landrum-Johnson, Paul Bonin, Camille Buras, Darryl Derbigny, Tracey Flemings-Davillier, Karen Herman, Hunter Harris IV, Robin Pittman, Dennis Waldron, Laurie White, Benedict Willard, and Franz Zibilich is hereby set for submission before District Judge Fallon on July 22, 2020.

Respectfully submitted,

/s/ Mindy Nunez Duffourc

**Burglass and Tankersley, LLC**
Dennis J. Phayer (#10408)
dphayer@burglass.com
Mindy Nunez Duffourc (#33618)
mnunezduffourc@burglass.com
5213 Airline Drive
Metairie, LA 70001
Tel: (504) 836-0412
Fax: (504) 287-0452
*Attorneys for Defendants*

{01083439 - v1}

## **CERTIFICATE OF SERVICE**

    I hereby certify that on the 6th day of July 2020, a copy of the foregoing pleading has been forwarded to all counsel of record via CM/ECF filing through the United States District Court system, email and/or United States Mail.

    /s/ Mindy Nunez Duffourc
    _____

{01083439 - v1}