```
  Case: 548722           D O C K E T   M A S T E R      Date: 06/17/2020
Section: B                                              Time:  10:11:29
  Class: 2
                    ORLEANS PARISH CRIMINAL DISTRICT COURT
================================================================================
DF# DEFENDANT(S):       CNTS CHARGE(S):
================================================================================

 1 MATTHEWS, LARRY A Jr.
                         1  RS 14   95.1               BOND:    15,000.00
                            POSS OF A FIREARM OR WEAPON BY FELON
 2 REED, BILLY D
                         1  RS 40  967(C)(1)    18E    BOND:     2,500.00
                            POSS OF COCAINE LESS THAN 2 GRAMS

================================================================================
  DATE    PROCEEDINGS
================================================================================

05/11/2020                                                           LYONSM
          FILED BILL OF INFORMATION
          CAPIAS ISSUED (NONE)
          BOND SET: (NONE)
          MAGISTRATE PAPERWORK FILED:(M-583795,DOB:08/22/73,F#2497089)*MATT
                                    (M-583791,DOB:08/23/78,F#2497090)*REED
          ******************************************************************
06/01/2020                                                           BARNESDE
          >DEFENDANT, LARRY A MATTHEWS JR DID NOT APPEAR FOR COURT ACTION
          W/O HEARING >ARRAIGNMENT SET FOR 06/09/20 >SEND NOTICE TO
          DEFENSE COUNSEL, EMILY GOTTFRIED, OPD. >PDOJL
          >DEFENDANT, BILLY D REED DID NOT APPEAR FOR COURT ACTION W/O
          HEARING >ARRAIGNMENT SET FOR 06/16/20 >NOTIFY DEFENDANT.
          >NOTIFY DEF.COUNSEL.
06/02/2020                                                           LYONSM
          *****ALLOTTED. ARRAIGNMENT SET FOR 06/09/20 @9AM AS TO L.MATTHEWS
          PDOJL. ARRAIGNMENT SET FOR 06/16/20 @9AM AS TO B.REED.
          FILED ROR BOND:$2,500.00    DATE OF BOND:01/22/20 *B.REED
06/09/2020                                                           BARNESDE
          >THE DEFENDANT, LARRY A MATTHEWS JR APPEARED FOR ARRAIGNMENT.
          >COURT APPOINTED ELIZA GOTTFRIED , OPD. >READING OF BILL OF
          INFORMATION WAIVED. >DEFENDANT ENTERED PLEA OF NOT GUILTY.
          >DEFENDANT INFORMED OF RIGHT TO TRIAL BY JURY. >DISCOVERY
          HEARING SET FOR 06/24/20 >HEARING ON MOTIONS SET FOR 07/28/20
          >PDOJL
06/10/2020                                                           BARNESDE
          >DEFENSE COUNSEL ELIZA GOTTFRIED FILED OMNIBUS MOTION FOR
          DISCOVERY; MOTION TO PRESERVE EVIDENCE; MOTION FOR SUPPRESSION
          OF STATEMENTS, EVIDENCE AND IDENTIFICATIONS; AND MOTION FOR A
          PRELIMINARY EXAMINATION ON LARRY MATTHEWS. >DISCOVERY HEARING
          SET FOR 06/24/20
06/16/2020                                                           BARNESDE
          >THE DEFENDANT, BILLY D REED APPEARED FOR ARRAIGNMENT. >COURT
          APPOINTED , OPD. >ATTORNEY GREGORY CARTER (TODAY ONLY) STOOD IN
          FOR ARRAIGNMENT >READING OF BILL OF INFORMATION WAIVED.
          >DEFENDANT ENTERED PLEA OF NOT GUILTY. >DEFENDANT INFORMED OF
          RIGHT TO TRIAL BY JURY. >HRG TO DETERMINE COUNSEL SET FOR
          07/07/20 >DISCOVERY HEARING SET FOR 07/07/20 >DNOC.
================================================================================
                             END OF DOCKET MASTER
================================================================================
```

# Exhibit B

Disclaimer:
The Orleans Parish Sheriff's Office provides computer services to both the Orleans Parish Clerk of Criminal District Court and the Orleans Parish Criminal District Court. The Orleans Parish Sheriff's Office DOES NOT maintain or ensure the information provided is complete and accurate, and this information can change quickly. Therefore, the information on this site may not reflect the true charges, status, next court date, or other information regarding a case. The information is provided as a request under the Freedom of Information Act, and the Public Records Act. Nothing contained herein is intended to imply or infer the guilt or wrongdoing of any person(s) listed on this site. This information shall not be considered, or used as, a public document, or official document, and no other publication or copying of this information is allowed without the express written consent of the person(s), and the Orleans Parish Criminal District Court.

For questions, comments, and other information you may contact the Orleans Parish Clerk of Criminal District Court, Records Division at (504) 658-9000. This information is made available to the public and law enforcement in the interest of public safety. Any unauthorized use of this information is forbidden and subject to criminal prosecution.