```
                CRIMINAL DISTRICT COURT
                   PARISH OF ORLEANS
                   STATE OF LOUISIANA



STATE OF LOUISIANA              CASE NUMBER:   548-722

VERSUS                          SECTION "B"

LARRY MATTHEWS




Transcript of the ARRAIGNMENT in the above
referenced matter, as heard before the
Honorable Tracey Flemings-Davillier, Judge,
presiding on the date of June 9, 2020.



    APPEARANCES:
        FOR THE STATE:
        DANTA COBB, ESQ., ADA



        FOR THE DEFENSE:
            ELIZA GOTTFRIED, ESQ., OPD





    REPORTED BY:  TOYIA GOUDEAU, CCR
```

```
 1                P R O C E E D I N G S
 2   THE COURT:
 3              Ms. Cobb, you can call Mr.
 4   Matthews' case.
 5   MS. COBB:
 6              Yes, Your Honor.  Case Number
 7   548-722, Larry Matthews is set for Arraignment
 8   on today.
 9   THE COURT:
10
11              Good morning, Mr. Matthews.  Mr.
12   Matthews, do you have a private attorney or do
13   you wish to be considered for an appointment of
14   a Public Defender?
15   MR. MATTHEWS:
16              A Public Defender.
17   THE COURT:
18              Okay, were you working before
19   you were arrested?
20   MR. MATTHEWS:
21              No, ma'am.
22   THE COURT:
23              Okay, you're unemployed?
24   MR. MATTHEWS:
25              Yes, ma'am.
26   THE COURT:
27              All right, so the Court appoints
28   the Office of Public Defenders to represent Mr.
29   Matthews.
30   MS. GOTTFRIED:
31              Good morning, Eliza Gottfried on
32   behalf of Mr. Matthews who is present via
```

video. At this time we'd waive the formal reading of the Bill and enter a plea of "not guilty".

THE COURT:

All right, Mr. Matthews, you have a right to a trial by a jury, but you may waive that right if you desire to do so. Does the State have Discovery?

MS. COBB:

Again, Your Honor, I do have the police report in this case, so I can send the initial police report, but we may need a follow-up Discovery date until I have all of the Discovery.

THE COURT:

Ms. Gottfried, so is next week fine or you need two weeks for Discovery?

MR. COBB:

If they need two weeks, Your Honor. I believe we just accepted a few cases and we have investigators that are no longer with us. I believe she had a lot of cases that she had to work on.

THE COURT:

Let's set a Discovery date. We are going to do our Callbridge on the 24th, two weeks from now. All right, Ms. Gottfried, so we'll set a Discovery date via call bridge.

MS. GOTTFRIED:

Judge, that's more than fine. I may be out that day, but I'll have someone stand in for me, if that's okay.

THE COURT:

>Yeah, that's fine. We can set it for a date when you are in.

MS. GOTTFRIED:

>I'm out the next two weeks, but I'm back the first week - - the week that starts the 29th, but if it's just for Discovery I can either just try and call in if it's not going to take that long or if you're okay with someone standing in.

THE COURT:

>Yeah.

MS. GOTTFRIED:

>So, it's up to you.

THE COURT:

>It won't take long.

MS. GOTTFRIED:

>Okay.

THE COURT:

>So, we're doing June 24th of 2020 for discovery via Callbridge. And then, let's set if for a Motions date in July. I can do any Tuesday in July or it can be in August, any Tuesday in July or August.

MS. GOTTFRIED:

>I'm fine on with anything - - the 14th, the 21st, the 28th or any in August. I'm fine with any of them.

THE COURT:

>Let's do July 28th. That way if we need another Discovery date or anything between that we will have some time. So,

```
 1   Motions will be set for July 28th of 2020.  So
 2   Mr. Matthews, if you do in fact post bond then
 3   you will receive a subpoena for July 28th.
 4   That's the date in which you'll need to report
 5   to Court unless you're otherwise instructed.
 6   MS. GOTTFRIED:
 7               Can I just say directly to Mr.
 8   Matthews - - Mr. Matthews, you can call me from
 9   the jail if you want me - - so we can discuss
10   this further, okay?
11   MR. MATTHEWS:
12               Uh-huh.
13   THE COURT:
14               Mr. Matthews, I'm going to place
15   you in the Pre-trial Services Program if you do
16   in fact post bond.
17   MS. GOTTFRIED:
18               Judge, he's got a parole hold.
19   THE COURT:
20               Oh, he has a parole hold, okay.
21   All right, so Discovery for June 24th via
22   Callbridge.  Motions on July 28th.  All right,
23   thank you, Mr. Matthews.  Thank you, Ms.
24   Gottfried.
25   MS. GOTTFRIED:
26               Thank you, Judge.  Have a good
27   day.
28   THE COURT:
29               You too.
30
31         [PROCEEDINGS ARE CONCLUDED.]
32
```

REPORTER'S PAGE

I, Toyia Goudeau, Certified Reporter, in and for the State of Louisiana, the officer, as defined in Rule 28 of the Federal Rules of Civil Procedure and/or Article 1434 (b) of the Louisiana Code of Civil Procedure, before whom these proceedings were held, do hereby state for the Record:

That due to the interaction in the spontaneous discourse of the proceedings, dashes (--) do not indicate that words or phrases have been left out of this transcript;

That any words and/or names which could not be verified through reference material have been denoted with the phrase "(phonetic)."

CERTIFICATE

This Certificate is valid only for a transcript accompanied by my original signature and original required seal on this page.

I, Toyia Goudeau, Official Court Reporter in and for the State of Louisiana, employed as an Official Court Reporter by the Orleans Parish Criminal District Court, Section B, for the State of Louisiana, as the Officer before whom this testimony was taken, do hereby certify that this testimony was reported by me in the stenomask reporting method, was prepared and transcribed by me or under my direction and supervision, and is a true and correct transcript to the best of my ability and understanding, that the transcript has been prepared in compliance with transcript format guidelines required by statute or by rules of the Board or by the Supreme Court of Louisiana, and that I am not related to counsel or to the parties herein, nor am I otherwise interested in the outcome of this matter.

----------------------------------

TOYIA GOUDEAU
Certified Court Reporter,
Section B, Certification No. 23045