UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MILES MORAN and GERARD TAYLOR, for themselves and all others similarly situated,<br><br>            Plaintiffs,<br><br>  v.<br><br>KEVA LANDRUM-JOHNSON, et al.,<br><br>            Defendants. | Case No. 19-cv-13553-EEF-MBN<br>Consolidated with 20-cv-1275<br>(This filing pertains only to *Moran v. Landrum-Johnson*, 19-cv-13553)<br>(Class Action) |

## STIPULATION OF DISMISSAL

In accordance with Fed. R. Civ. P. 41(a)(1)(A)(ii), the Parties to *Moran v. Landrum-Johnson*, 19-cv-13553, represented by undersigned counsel, stipulate to the voluntary dismissal without prejudice of Count II of Plaintiffs' Complaint (ECF No. 1) and Amended Complaint (ECF No. 10), which alleged a due process violation arising from a financial conflict of interest in Defendants' pretrial detention practices.

Respectfully submitted,

| | |
|---|---|
| */s/ Eric A. Foley*<br>Eric A. Foley, La. Bar No. 34199, T.A.<br>James W. Craig, La. Bar No. 33687<br>Roderick & Solange MacArthur Justice Center<br>4400 S. Carrollton Ave.<br>New Orleans, La 70119<br>(504) 620-2259 (p)<br>(504) 208-3133 (f)<br>eric.foley@macarthurjustice.org<br>jim.craig@macarthurjustice.org | */s/ Alec Karakatsanis*<br>Alec Karakatsanis, D.C. Bar No. 999294<br>(*pro hac vice* application pending)<br>Civil Rights Corps<br>1601 Connecticut Avenue, Suite 800<br>Washington, DC 20009<br>(202) 681-2409<br>alec@civilrightscorps.org |

*Counsel for Plaintiffs*

*/s/* Mindy Nunez Duffourc
**Burglass and Tankersley, LLC**
Dennis J. Phayer (#10408)
dphayer@burglass.com
Mindy Nunez Duffourc (#33618)
mnunezduffourc@burglass.com
5213 Airline Drive
Metairie, LA 70001
Tel: (504) 836-0412
Fax: (504) 287-0452

*Attorneys for Defendants*