UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **MILES MORAN, ET AL** | **CIVIL ACTION** |
| **VERSUS** | **NO. 19-13553** |
| **KEVA LANDRUM-JOHNSON, ET AL** | **SECTION "L" (5)** |

**ORDER**

Before the Court is the proposed Joint Scheduling Order, R. Doc. 74. Having reviewed the parties' proposal, the Court hereby adopts the scheduling order to govern this case. Accordingly,

**IT IS ORDERED** that the parties abide by the deadlines set forth in the document, R. Doc. 74.

New Orleans, Louisiana, this 23rd day of December, 2020.

_____
UNITED STATES DISTRICT JUDGE