MINUTE ENTRY
NORTH, M.J.
JANUARY 11, 2021

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MILES MORAN, ET AL. | CIVIL ACTION |
| VERSUS | NUMBER: 19-13553 |
| KEVA LANDRUM-JOHNSON, ET AL. | SECTION "L"(5) |

A settlement conference was conducted on this date before the undersigned Magistrate Judge.

PARTICIPATING:   Eric Foley    Mindy Nunez Duffourc

Negotiations were productive but additional work must be undertaken to achieve resolution. In the next 30 days, counsel for the parties are to meet and discuss the potential settlement framework and details discussed during the conference and shall inform the Court no later than February 11, 2021 of their progress. An additional conference will be scheduled thereafter.

MICHAEL B. NORTH
UNITED STATES MAGISTRATE JUDGE

MJSTAR (00:45)