UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MILES MORAN and GERARD TAYLOR, for themselves and all others similarly situated,<br><br>            Plaintiffs,<br><br>   v.<br><br>KEVA LANDRUM-JOHNSON, et al.,<br><br>            Defendants. | Case No. 19-cv-13553-EEF-MBN<br>Consolidated with 20-cv-1275<br>(This filing pertains to both cases)<br>(Class Action) |

**O R D E R**

It is hereby ordered, adjudicated, and decreed that all claims and demands of Plaintiffs Miles Moran and Gerard Taylor of *Moran v. Landrum-Johnson*, 19-cv-13553-EEF-MBN, and Plaintiffs Larry Matthews Jr. and Ernest Cloud of *Matthews v. Herman*, of 20-cv-1275-EEF-MBN, against Defendant Judges Laurie A. White, Tracey Flemings-Davillier, Benedict J. Willard, Kimya Holmes, Rhonda Goode-Douglas, Robin D. Pittman, Nandi Campbell, Camille Buras, Karen K. Herman, Darryl A. Derbigny, Marcus DeLarge, and Angel Harris are hereby DISMISSED in their entirety, WITH PREJUDICE, all parties to bear their own costs.

New Orleans, Louisiana this __2nd__ day of _____April_____, 2021.

_____
Hon. Eldon E. Fallon
United States District Court Judge